Bill D. KANKEY, Respondent,

v.

James C. RILEY, Appellant,

and

Ronald E. McKellips, Defendant.

No. WD 34133.

Missouri Court of Appeals,
Western District.

March 13, 1984.

Vernon E. Scoville III of Jones & Frankum, P.C., Kansas City, for appellant.

Steven W. White of Dessell, White, Allinder & Grate, Independence, for respondent.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from judgment entered in accord with jury award of actual and punitive damages arising from assault and battery.

Judgment affirmed. Rule 84.16(b)